**Richard J. GLAIR, Plaintiff–Appellant,**

v.

**Clarence R. CHAPMAN; et al.,
Defendants–Appellees.**

No. 06–55551.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Dec. 1, 2006.

Richard J. Glair, Los Angeles, CA, pro se.

Denise M. Caprioli, Esq., Manning & Marder et al., LLP, Los Angeles, CA, for Defendants–Appellees.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

The court has reviewed the record, appellant's response to this court's July 20, 2006 order to show cause and appellees' reply thereto. The questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

